SO ORDERED: October 6, 2014.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| MICHAEL EUGENE KREBBS | ) Case No. 10-07587-RLM-13 |
| VICKIE LYNN KREBBS | ) |
| | ) |
| Debtor(s) | ) |

ORDER ON TRUSTEE'S OBJECTION TO CLAIM
NUMBER 17 FILED BY ECAST SETTLEMENT CORPORATION

The trustee herein, Robert A. Brothers, filed his Objection to Claim Number 17 filed by Ecast Settlement Corporation.

And the Court, having extended notice and opportunity for objection,

And no objection or response having been filed,

IT IS THEREFORE ORDERED ADJUDGED AND DECREED the creditor's claim should be deemed to be fully unsecured.

###